UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

AUG 30 2016

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| | § | | |
| v. | § | Criminal No. | M-16-1232 |
| | § | | |
| JORGE IVAN LIMON | § | | |
| RODOLFO LOPEZ-LLANAS | § | | |

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about February 5, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JORGE IVAN LIMON**

knowingly made a false statement and representation with respect to information required to be kept in the records of Academy Sports and Outdoors, Weslaco, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Bushmaster, Model Carbon 15, .223/5.56 caliber rifle, Serial Number CBC037671, in that **JORGE IVAN LIMON** falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that **JORGE IVAN LIMON** was the actual buyer of the firearm described above, when in truth and in fact the defendant knew that statement and representation was false and that he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

### Count Two

On or about February 5, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**RODOLFO LOPEZ-LLANAS**

knowingly aided and abetted the making of a false statement and representation with respect to information required to be kept in the records of Academy Sports and Outdoors, Weslaco, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Bushmaster, Model Carbon 15, .223/5.56 caliber rifle, Serial Number CBC037671, in that **RODOLFO LOPEZ-LLANAS** aided and abetted **JORGE IVAN LIMON**, who falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that **JORGE IVAN LIMON** was the actual buyer of the firearm described above, when in truth and in fact the defendant knew that statement and representation was false and that **JORGE IVAN LIMON** was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

### NOTICE OF FORFEITURE
### 18 U.S.C. §924(a)(1)(A)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendants,

**JORGE IVAN LIMON**
**and**
**RODOLFO LOPEZ-LLANAS**

that upon conviction of a violation of Title 18, United States Code, Section 924(a)(1)(A), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

a Bushmaster, Model Carbon 15, .223/5.56 caliber rifle, Serial Number CBC037671

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY